UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD
FOUNDATION,

*Plaintiff*,

vs.

U.S. DEPARTMENT OF STATE
et al.,

*Defendants*.

Case No. 18-cv-00479 (TSC)

**JOINT STATUS REPORT AND PLAINTIFF'S REQUEST FOR STATUS CONFERENCE**

Defendants U.S. Department of State ("DOS"), U.S. Department of Homeland Security ("DHS"), and U.S. Citizenship and Immigration Services ("CIS"), jointly with Plaintiff Democracy Forward Foundation ("Plaintiff"), by and through undersigned counsel, submit this joint status report pursuant to this Court's May 31, 2018 Minute Order.

The parties report to the Court as follows:

1.  *Plaintiff's Position:*  Plaintiff respectfully requests that the Court hold a status conference.  Plaintiff believes that a status conference is appropriate in this instance to facilitate the release of records for a Freedom of Information Act ("FOIA") request that has been pending for over a year, and for which Defendants, following the filing of this lawsuit, have repeatedly stated records are forthcoming to no avail.

2.  The FOIA request that forms the basis of this litigation was filed in May 2017, and Plaintiff's complaint was filed in this Court on February 28, 2018.

3.     Defendant DHS stated in its April 20, 2018 Answer, Dkt. No. 8, that it had "completed its search for responsive records," ¶ 28, and represented in its May 24, 2018 Joint Status Report and Proposed Schedule, Dkt. No.10, that it would "make a production of 69 responsive documents, totaling 406 pages, by June 25, 2018," ¶ 1.

4.     During a telephone call on June 26, 2018, counsel for Defendant DHS stated that no documents could be released at this time because Defendant DHS needed to consult "with another agency" before producing the documents, but he did not provide additional information concerning the documents. In a telephone call on June 29, 2018, counsel for Defendant DHS stated that some of the documents needed to be reviewed by "OLA," although he did not identify whether "OLA" was a component of Defendant DHS or another agency. At 4:45 pm on July 2, 2018, counsel for Defendant DHS represented via email that "DHS is releasing documents today," but then followed up with a representation, quoted below, at 5:49 pm, that a portion of the documents will be produced on July 3, 2018.

5.     Despite numerous inquiries by Plaintiff, counsel for Defendant DHS also has not provided any information regarding the contours of the search conducted by Defendant DHS to isolate these 69 documents.

6.     Counsel for Defendants has represented to Plaintiff that its request is overly broad with respect to the documents within CIS and DOS. Because of this, the parties represented in the May 24, 2018 Joint Status Report and Proposed Schedule that they "will begin the process of discussing search terms and custodians for the requests to CIS and DOS." ¶ 1. Despite Plaintiff's diligent attempts to initiate such a discussion, the parties have not conferred to define the universe of potentially responsive documents

within CIS and DOS.  Although Defendants' position with respect to this Joint Status Report – furnished at 5:49 pm on July 2, 2018 – for the first time provides additional details concerning these documents, the parties still have not meaningfully conferred about these requests, despite numerous attempts by Plaintiff to attempt to narrow these requests in order to expedite production.

7.     Based on Plaintiff's repeated, unfruitful efforts both to obtain information from Defendant DHS regarding the documents that were to be produced to Plaintiff on June 25, 2018 and to confer productively with Defendants DOS and CIS about the requests to those agencies, Plaintiff respectfully requests that the Court schedule a status conference at its convenience in order to facilitate discussion between the parties and the production of documents responsive to Plaintiff's FOIA request.  If the Court determines to hold a status conference, Plaintiff further respectfully requests that the Court direct Defendants to be prepared to discuss, for each of them, the scope and parameters of the search that has been conducted, the number of responsive records and pages that have been located, and the expected completion date for releasing all responsive, non-exempt records and information.

8.     *Defendants' Position:* There are three defendants in this action: the Department of State ("State"), the Department of Homeland Security ("DHS"), and Citizenship and Immigration Services ("CIS"), a component of the Department of Homeland Security. The FOIA request is in two parts. The first part seeks all records that refer or relate to the extension of the EB-5 program in 2017.  The second part is more focused: it seeks records containing certain terms that were sent or received by specified individuals between January 20, 2017, and the date of the search for responsive records.

A. **DHS**. It has completed the search for records and has identified approximately 458 pages of responsive records. A significant portion of these records are being released tomorrow (July 3, 2018) to plaintiff, and approximately 132 pages are being withheld in full (under FOIA Exemption (b)(5). The remaining records consist of referrals to other agencies (approximately 51 pages) and an outstanding consult with OLA (approximately 123 pages). There are 8 duplicate pages.

B. **State**. All searches have been completed for the second part of the request. The search for the first part of the request is ongoing, and State does not have enough information at this time to provide an estimated completion date for that search. State will commence monthly rolling productions to plaintiff, beginning on or before July 31.

C. **CIS**. Its search has been completed, and a large volume of records have been collected. It is hoped that closer examination of these records will disclose that many are not responsive to the request. Within four weeks, CIS believes that it will be in a position to address the length of time it will take to process these records.

Dated: July 2, 2018

Respectfully submitted,

/s/ *Josephine Morse*

Josephine Morse
(D.C. Bar No. 1531317)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
jmorse@democracyforward.org

*Attorney for Plaintiff*

Counsel for Defendants has authorized undersigned counsel to submit this report on their behalf