# EXHIBIT B



December 17, 2018

**VIA ELECTRONIC DELIVERY**

Fred Haynes
Assistant U.S. Attorney
United States Attorney's Office for the District of Columbia
555 4th St., NW
Washington, DC 20530

Re: *Democracy Forward Foundation v. U.S. Department of State*, et al., 18-cv-00479 (TSC)

Dear Fred:

     I write in response to the December 11, 2018 letter from Bradley E. White, a Freedom of Information Act ("FOIA") Program Specialist at Defendant Department of Homeland Security ("DHS Letter"), that once again purports to be DHS's "final response" to Plaintiff's FOIA request. As you know, Plaintiff has made repeated attempts throughout this litigation to confer with you and DHS agency counsel to understand the universe of potentially responsive DHS documents, including documents that DHS has sent out to other agencies for consultation. During our brief November 21, 2018 call with DHS agency counsel, Serafina Lobsenz, you and Ms. Lobsenz pledged both to have a follow-up conversation with Plaintiff once Ms. Lobsenz gathered more information regarding the status of the agency's response to Plaintiff's request and to produce a discrete set of documents to Plaintiff on December 7, 2018. Neither happened, and no explanation has been provided to Plaintiff. In keeping with this disturbing pattern, the December 11, 2018 production and letter raise more questions about the completeness of DHS's response, deepening Plaintiff's concerns about the accuracy of representations that have been made to Plaintiff and the Court throughout this litigation. Plaintiff's questions are set forth below:

     1.    ***Discrepancies in the number of records thus far released by DHS.*** The DHS Letter states that the agency is producing 413 pages to Plaintiff: (a) a re-production of the previous July 3, 2018 production (276 pages); (b) a re-production of the previous September 17, 2018 production (117 pages); (c) 3 new pages "inadvertently not included with the first two productions"; and (d) "*all* of the pages that were previously sent for consultation," (emphasis added), a figure which the DHS Letter revises downward from 123 to 74 pages. But, adding the

prior productions (276 + 117 pages) together with the 3 newly discovered pages leads to a total of 396 pages, meaning that only 17 pages of consultation documents could possibly be included in DHS's 413-page production on December 11, not the full 74 pages referred to by the agency. What is the explanation for this discrepancy?  When will the additional consultation pages be produced to Plaintiff, and where are these pages now?

   2. ***USCIS referrals to DHS.*** The DHS Letter and your email also state that it is the agency's "final" response to Plaintiff.  In addition to the unaccounted-for consultation documents discussed above (*see supra* ¶ 1), Plaintiff received a letter on December 11, 2018 from Defendant U.S. Citizenship and Immigration Services ("USCIS"), a component within DHS, stating that USCIS had referred "88 pages [of documents] to the Department of Homeland Security … for their direct response to you," ("USCIS Letter").  Is DHS reviewing these additional 88 pages?  When will these documents be produced to Plaintiff?

   3. ***DHS referrals to DHS components and other agencies.*** The DHS Letter describes "errors" in the letters accompanying the agency's prior releases to Plaintiff.  Among these were that although the agency stated in its July 3, 2018 letter "that DHS sent 123 pages of records for consultation with other agencies, and referred 10, 2, and 39 pages to U.S. Immigration and Customs Enforcement (ICE), the Office of Intelligence and Analysis (I&A), and U.S. Citizenship and Immigration Services (USCIS), respectively," the agency "actually referred 2 pages to I&A, and 39 pages to USCIS" and  "located 74 pages of records requiring consultation with other government agencies, not 123 pages as listed in the July 3 letter." How and when did the agency discover these errors? What was the source of these errors?

   4. ***Discrepancies between counsels' representations and the DHS Letter.*** On our November 21, 2018 call with Ms. Lobsenz, you stated that the "good news" was that on December 7, 2018, DHS would be producing to Plaintiff the 2 pages referred to I&A, the 10 pages referred to ICE, and 15 new pages of responsive material identified by the agency. Those documents were not, and have not subsequently been, produced to Plaintiff.  Yet, the DHS Letter states that 10 pages were not referred to ICE and that the agency has only "identified 3 pages of responsive records that were not previously released to you," not the 15 newly found pages noted by you on our November 21, 2018 call.  What is the explanation for the discrepancies between counsels' representations and the DHS Letter? When will Plaintiff be receiving the documents referred to on the November 21, 2018 call?

   5. ***USCIS referrals to other agencies and the White House.*** In addition to explaining that 88 pages were referred to DHS (*see supra* ¶ 2), the USCIS Letter also states that USCIS "referred 148 pages in their entirety to the White House … and 36 pages to Immigration and Customs Enforcement for their direct response to you."  Which agencies and/or other governmental entities has DHS referred documents to for consultation in this matter?  How many documents are presently under review by governmental entities outside of DHS, and what are the governmental entities?

   Thank you for your time.  Plaintiff respectfully requests a response within the next 24 hours.

Sincerely,

/s/ *Josephine Morse*
Josephine Morse
(D.C. Bar No. 1531317)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
jmorse@democracyforward.org

*Attorney for Plaintiff*

3