# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>*Plaintiff*,<br><br>vs.<br><br>U.S. DEPARTMENT OF STATE et al.,<br><br>*Defendants*. | Case No. 18-cv-00479 (TSC) |

## JOINT STATUS REPORT

Defendants U.S. Department of State ("DOS"), U.S. Department of Homeland Security ("DHS"), and U.S. Citizenship and Immigration Services ("USCIS"), jointly with Plaintiff Democracy Forward Foundation ("Plaintiff"), by and through undersigned counsel, submit this Joint Status Report pursuant to the Court's February 27, 2019 Minute Order.

The parties report to the Court as follows:

1.   The FOIA request that forms the basis of this litigation was filed in May 2017, and Plaintiff's complaint was filed in this Court on February 28, 2018.

2.   On February 28, 2019, counsel for DHS provided Plaintiff with DHS's response to Plaintiff's December 17, 2018 letter. *See* Notice of Supplemental Information, Ex. B, Dkt. 19 (Dec. 18, 2018).

3.   On March 13, 2019, Plaintiff received a production of 67 pages of documents that were referred to DHS by USCIS in December 2018.

4. Counsel for Defendants is still in the process of gathering information regarding documents referred to the White House by Defendant USCIS ("White House documents"), including a timeline of production for these documents.

5. Due to the lack of information concerning the White House documents at the present time, the parties are not currently in a position to propose a briefing schedule, but request that they be permitted to file another Joint Status Report on April 12, 2019.

Dated: March 15, 2019                          Respectfully submitted,

/s/ *Josephine Morse*

Josephine Morse
(D.C. Bar No. 1531317)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
jmorse@democracyforward.org

*Attorney for Plaintiff*

Counsel for Defendants has authorized undersigned counsel to submit this report on their behalf