## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,

*Plaintiff*,

v.

Case No. 18-cv-0479-TSC

U.S. DEPARTMENT OF STATE, et al.,

*Defendants*.

## JOINT STATUS REPORT

Defendants U.S. Department of State ("DOS"), U.S. Department of Homeland Security ("DHS"), and U.S. Citizenship and Immigration Services ("USCIS"), jointly with Plaintiff Democracy Forward Foundation ("Plaintiff"), by and through undersigned counsel, submit this Joint Status Report consistent with the timetable outlined this Court's April 24, 2019 Minute Order setting the deadline for a report.

The parties report to the Court as follows:

1.      The FOIA request that forms the basis of this litigation was filed in May 2017, and Plaintiff's complaint was filed in this Court on February 28, 2018.

2.      As the parties have previously advised the Court, and as discussed at the December 19, 2018 status hearing, certain documents that are the subject of Plaintiff's FOIA request were referred to the White House by Defendant USCIS in late 2018 ("White House Documents").

3.      On April 26, 2019, the parties met and conferred concerning the White House

Documents. Counsel for Defendants advised Plaintiff that the volume of these documents totals

148 pages, and that his personal opinion is that none of the documents are responsive to

Plaintiff's FOIA request.

4.      Specifically, Counsel for Defendants advised Plaintiff of his belief that 141 of the

148 pages do not concern the EB-5 visa program that is the subject of Plaintiff's FOIA request.

Plaintiff requested written confirmation of the agency's position about the responsiveness of

these 141 pages as well as further clarification about the basis for that position; Defendants have

not yet provided these materials in advance of this Status Report.

5.      On April 29, 2019, Counsel for Defendants advised Plaintiff that the remaining

seven pages of the White House Documents are still being reviewed by the agency to determine

whether and when they will be produced to Plaintiff.

6.      Counsel for Defendants is still in the process of gathering the information Plaintiff

requested concerning the responsiveness of the White House Documents, including a timeline of

production for any responsive documents. Absent such information, the parties are not currently

in a position to propose a briefing schedule.

7.      Plaintiff awaits the clarifications described above concerning Defendants'

position on the responsiveness of the White House Documents. In light of the amount of time

that has passed since Plaintiff's May 2017 FOIA request and Defendant's December 2018 letter

indicating that 148 pages had been sent to the White House for review, as well as the limited

information that has been provided to date about the nature and status of the records and their

released, Plaintiff is prepared to submit a request to this Court on May 6, 2019 for a status

2

conference if Defendants continue to be unable to provide clarity about the status and anticipated

disposition of the White House Documents.

       8.      Per the Court's Minute Order of February 27, 2019, the parties will file another

Joint Status Report on June 13, 2019.

Dated: April 29, 2019

Respectfully submitted,

*/s/ Javier Guzman*
Javier Guzman (D.C. Bar No. 462679)
Aman George* (D.C. Bar No. 1028446)
Democracy Forward Foundation
1333 H St. NW
Washington, DC 20005
(202) 701-1783
jguzman@democracyforward.org
ageorge@democracyforward.org

*Attorneys for Plaintiff*

*\*pro hac vice pending*

Counsel for Defendants has authorized
counsel to submit this report on their behalf